# EXHIBIT A

## TOLLING AGREEMENT and STIPULATION

This **TOLLING AGREEMENT AND STIPULATION** (the " **Agreement**") is effective as of this 25th day of January, 2024, by and between The PLS.com, LLC ("**PLS**"), and The National Association of Realtors ("**NAR**"). PLS and NAR may be referred to herein singularly as "**Party**" or collectively as the "**Parties**".

**WHEREAS,** on May 28, 2020, PLS filed a Complaint against NAR and three multiple listing service defendants, in the United States District Court for the Central District of California – Western Division, Case No. 2:20-CV-04790 (the "**Lawsuit**"); and

**WHEREAS,** the PLS has reached a settlement agreement with the three multiple listing service defendants in the Lawsuit, which will result in a dismissal of the Lawsuit against those defendants; and

**WHEREAS,** PLS is prepared to dismiss without prejudice the Lawsuit against NAR so that the parties may explore the potential for a resolution of the claims alleged in the Lawsuit, based upon NAR's willingness to provide an agreement tolling of any applicable statutes of limitations; and

**WHEREAS,** the Parties have decided and agreed to execute this Agreement setting forth the terms of their agreement for dismissal of the Lawsuit without prejudice, and for the tolling of any limitations periods under state or federal law.

**NOW, THEREFORE, IT IS FURTHER AGREED** as follows:

1. **Tolling Agreement.**

    1.1 The parties agree that the running of any limitations periods under any applicable state or federal statute of limitations or administrative filing deadline, or other

time-related defense, under common law or by statute, with respect to the claims asserted by PLS against NAR in the Lawsuit, are tolled from May 28, 2020 until the termination of this Agreement.

    1.2    The tolling of limitations periods under this Agreement shall remain in effect commencing on May 28, 2020 and continue until the date on which PLS initiates a future lawsuit against NAR over the matters alleged in the Lawsuit, or the date upon which PLS and NAR execute a settlement resolving the claims alleged in the Lawsuit. Provided, however, that this Agreement terminates on its own terms on December 31, 2024.

    1.3    Upon termination of this Tolling Agreement, all applicable time periods, other time-related defenses or equitable doctrines otherwise tolled by this Tolling Agreement shall again commence running.

    1.4    PLS agrees that NAR is not waiving any defense otherwise available to it, including, without limitation, lack of jurisdiction, exhaustion of remedies, and statutes of limitations with respect to any limitations period that existed as of May 28, 2020, or that may expire after the termination of this Agreement.

    1.5    Nothing in this Agreement shall revive or be asserted to revive any claim, action, suit, demand, cross-demand, or defense that is or would be barred due to the passage of time prior to May 28, 2020 and/or after the termination of this Agreement.

    1.6    The parties agreement to toll the limitations periods under this Agreement shall not be construed or deemed an admission adverse to any Party hereto: (i) of liability to any person and/or entity; (ii) of the commission of any act or wrong which was or could have been alleged in any action; (iii) of violation of any law or regulation; or (iv) that either

Party had a timely claim which is not time-barred or that it/he has complied with administrative requirements or any applicable statute of limitations or repose, or any similar rule of law including rules of eligibility. No Party has waived, or has intended to waive, any of its rights or defenses with respect to any actions, except as expressly provided in this Agreement. The Parties agree that they will not argue or contend that this Agreement is an admission or concession of any kind by the other Party.

2. **Dismissal of Lawsuit.**

The Parties agree that within 2 days of execution of this Agreement that their counsel will file a request for dismissal, without prejudice and without costs and disbursements to any party, of the claims against NAR. The Parties agree that their counsel are authorized to execute all documents necessary to achieve this dismissal without prejudice.

3. **Miscellaneous.**

    3.1    This Agreement shall be binding upon, and inure to the benefit of, the Parties and their successors, predecessors, assigns, agents, representatives, heirs, and executors.

    3.2    This Agreement shall be interpreted in accordance with the substantive law of the State of California, without application of choice of law rules. Each Party agrees that it will not assert or argue that any aspect of this Agreement is relevant to or otherwise affects which state's law does or does not apply to any claim, defense, or counterclaim.

    3.3    This Agreement is non-transferable and can be modified only in a subsequent written agreement duly executed by each of the Parties to this Agreement. This Agreement shall constitute the entire understanding between the Parties concerning

the subject matter of this Agreement and supersedes and replaces all prior negotiations, proposed agreements, and agreements, written or oral, relating to this subject.

3.4 This Agreement may be executed in one or more counterparts, each of which, when so executed, shall be deemed to be an original. Such counterparts shall together constitute, and be, one and the same instrument. Signatures transmitted by electronic mail or facsimile shall be acceptable for all purposes with respect to this Tolling Agreement.

3.5 All of the signatories represent and warrant that they have full approval to execute this agreement on behalf of the party they purport to sign for below.

| The PLS.com, LLC | The National Association of Realtors |
|---|---|
| By: /s/ Chris Dyson<br>Chris Dyson<br>Founder and CEO<br>6300 Wilshire Blvd., Suite 2030<br>Los Angeles, CA 90048<br>chris@thenls.com<br>Date: 1/25/2024 | By: /s/ Ethan Glass<br>Ethan Glass<br>Cooley LLP<br>1299 Pennsylvania Ave, NW<br>Suite 700<br>Washington, DC 20004<br>Attorney for NAR<br>Date: 1/25/2024 |