# EXHIBIT B

## AMENDMENT TO TOLLING AGREEMENT AND STIPULATION

The Amendment to the Tolling Agreement and Stipulation (the "Tolling Agreement") of January 25, 2024 between The PLS.com, LLC ("PLS") and The National Association of Realtors ("NAR") is entered into March 14, 2025 but effective as of December 31, 2024.  PLS and NAR are referred to collectively as the "Parties" or singularly as a "Party."

WHEREAS, on January 25, 2024, the Parties entered into the Tolling Agreement, a copy of which is attached as Exhibit A; and

WHEREAS, the parties have entered into informal settlement discussions concerning the subject matter of the Tolling Agreement; and

WHEREAS, the parties wish to continue their discussions absent any further accrual of the statute of limitations;

IT IS THEREFORE AGREED:

1. Section 1.2 of the Tolling Agreement is amended to read:

   "The tolling of limitations periods under this Agreement shall remain in effect commencing on May 28, 2020 and continue until the date on which PLS initiates a future lawsuit against NAR over the matters alleged in the Lawsuit, or the date upon which PLS and NAR execute a settlement resolving the claims alleged in the Lawsuit.  Provided, however, that this Agreement terminates upon the earlier of (a) 10 days after written notice of the intent to terminate the Agreement is provided from either Party to the other; or (b) June 30, 2025.  PLS agrees that it will not file a Lawsuit until this Agreement terminates."

2. This Amendment may be executed in one or more counterparts as provided in Section 3.4 of the Tolling Agreement.

3. All of the signatories represent and warrant that they have full approval to execute this amendment on behalf of the Party they purport to sign for below.

The PLS.com, LLC

*/s/ Chris Dyson*

By: Chris Dyson
Its: Founder
Date: 03/14/2025 | 3:25:19 PM PDT

4932-4000-6951v.1 0115833-000002

The National Association of Realtors

_____*signature*_____
By: ___Mike Bonanno_____
Its: ___Outside Counsel_____
Date: __3/14/25_____

2