Brandon Q. Tran (CA Bar No. 223435)
btran@dhillonlaw.com
(949) 340-1968 (voice and fax)
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660

*Attorneys for Plaintiff* **The PLS.com, LLC**

**IN THE UNITED STATES DISTRICT COURT**
**FOR NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **The PLS.com, LLC**, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**The National Association of Realtors**,<br><br>Defendant. | Case No.: 3:25-CV-05505-LJC<br><br>**DECLARATION OF BRANDON Q. TRAN IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(a)(2)**<br><br>Judge:  Lisa J. Cisneros<br>Date:  August 12, 2025<br>Time:  10:30 a.m.<br>Place:  Courtroom G – 15th Floor<br><br>Complaint filed:  July 1, 2025 |

I, Brandon Q. Tran, declare as follows:

1.     I am a senior counsel with the law firm of Dhillon Law Group, counsel of record for plaintiff The PLS.com, LLC ("PLS") in this action.     I submit this declaration in support of PLS's Motion for Voluntary Dismissal for Voluntary Dismissal Without Prejudice Pursuant to Rule 41(a)(2).     I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.     On July 1, 2025, at 12:08 am, my office erroneously filed its Complaint in the U.S. District Court, Northern District of California.  In the weeks leading up to that filing, my office prepared and finalized the Complaint, along with the other necessary documents, to initiate this action in the Central District of California.  Accordingly, all the pleadings and initial case filing documents, *i.e.*, the Civil Cover Sheet, the Summons, the Certification and Notice of Interested Parties, and the Corporate Disclosure Statement, explicitly identified the Central District of California in the caption.

3.     Additionally, pursuant to Central District of California Local Rule 83-1.2, my office prepared a Notice of Refiling of Action and Related Cases, which disclosed the Original Action and requested that the new matter be assigned to Judge Holcomb of the Central District.  Attached hereto as **Exhibit A** is the Notice of Refiling of Action and Related Cases that was eventually filed with the Central District of California.

4.     Unfortunately, due to an obvious clerical error, this matter was inadvertently filed by my office in the Northern District of California.

5.     I immediately realized this error when I received the payment receipt identifying the Northern District of California as being the filing court.

6.     My office immediately corrected the error by filing the Complaint, the initial case filing documents, and the Notice of Refiling of Action and Related Cases in the Central District of California.  The action in the Central District of California was assigned case number 2:25-cv-05971.

7.     Once the administrative offices for the Northern District of California opened on July 1, 2025, my office contacted the clerk to advise the court of the error and to seek guidance to

correct the erroneous filing.  The clerk informed my office that a dismissal would need to be filed and that we can complete the Application for Refund to obtain a refund of its initial filing fee.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this 2nd day of July, 2025, in Newport Beach, California.


_____/s/ Brandon Q. Tran_____
Brandon Q. Tran