1  Brandon Q. Tran (CA Bar No. 223435)
   btran@dhillonlaw.com
2  (949) 340-1968 (voice and fax)
3  4675 MacArthur Court, Suite 1410
   Newport Beach, CA 92660
4
   *Attorneys for Plaintiff* **The PLS.com, LLC**
5
## IN THE UNITED STATES DISTRICT COURT
## FOR NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| **The PLS.com, LLC**, a California limited liability company, | Case No.: 3:25-CV-05505-LJC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF THE PLS.COM, LLC'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(a)(2)** |
| v. | |
| **The National Association of Realtors**, | |
| Defendant. | Complaint filed:    July 1, 2025 |

1

**[PROPOSED] ORDER**

The Court has considered all arguments and submissions in connection with Plaintiff The PLS.com, LLC's Motion For Voluntary Dismissal Without Prejudice Pursuant to FRCP Rule 41(a)(2).

Good cause appearing, the Motion is **GRANTED**. Accordingly, it is **IT IS HEREBY ORDERED**:

1. This action is dismissed without prejudice pursuant to FRCP Rule 41(a)(2).

Dated: _____

                                            Magistrate Judge Lisa J. Cisneros
                              U.S. District Court, Northern District of California