1  Brandon Q. Tran (CA Bar No. 223435)
   btran@dhillonlaw.com
2  (949) 340-1968 (voice and fax)
3  4675 MacArthur Court, Suite 1410
   Newport Beach, CA 92660
4
   *Attorneys for Plaintiff* **The PLS.com, LLC**
5
              IN THE UNITED STATES DISTRICT COURT
6             FOR NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
7

| **The PLS.com, LLC**, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**The National Association of Realtors**,<br><br>Defendant. | Case No.: 3:25-CV-05505-RFL<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:   Rita F. Lin<br>Date:    September 16, 2025<br>Time:    10:00 a.m.<br>Place:   Courtroom 15 – 18th Floor<br><br>Complaint filed:   July 1, 2025 |
|---|---|

I certify that on July 14, 2025, I caused the following documents to be served::

- PLAINTIFF THE PLS.COM, LLC'S RENEWED NOTICE OF MOTION AND MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(a)(2)
- DECLARATION OF BRANDON Q. TRAN IN SUPPORT OF RENEWED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(a)(2)
- [PROPOSED] ORDER GRANTING PLAINTIFF THE PLS.COM, LLC'S RENEWED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(a)(2)

on the following counsel and unrepresented parties by First Class Mail:

National Association of Realtors
c/o Cogency Global, Inc.
1325 J St., Ste 1550
Sacramento, CA 95814

DATED: July 14, 2025

By:      /s/ *Brandon Q. Tran*
Brandon Q. Tran
CA Bar No. 223435
btran@dhillonlaw.com
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660

***Attorneys for Plaintiff** The PLS.com, LLC*