Brandon Q. Tran (CA Bar No. 223435)
btran@dhillonlaw.com
(949) 340-1968 (voice and fax)
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660

*Attorneys for Plaintiff* The PLS.com, LLC

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| The PLS.com, LLC, a California limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>The National Association of Realtors,<br><br>　　　　　　　　Defendant. | Case No.: 3:25-CV-05505-RFL<br><br>**PLAINTIFF THE PLS.COM, LLC'S REPLY AND NOTICE OF NON-OPPOSITION IN SUPPORT OF RENEWED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(A)(2)**<br><br>Judge:　　Rita F. Lin<br>Date:　　September 16, 2025<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 15 – 18th Floor<br><br>Complaint filed:　　July 1, 2025 |

1   Plaintiff The PLS.com, LLC ("PLS") submits the following Reply and Notice of Non-
2  Opposition to the Court to provide an update on the pending litigation.

3   On July 9, 2025, PLS filed this Renewed Motion for Voluntary Dismissal Without Prejudice
4  Pursuant to Rule 41(a)(2) ("Motion"). ECF No. 10. The Motion was served by mail on Defendant
5  National Association of Realtors' ("NAR"). ECF No. 11. Pursuant to Local Rule 7-3, any
6  opposition must be filed 14 days after the Motion was filed. To date, no opposition, or any statement
7  of non-opposition as required under L.R. 7-3(b), has been filed. The Court should construe the
8  failure to file an opposition as consent to the Motion.

9   Since PLS filed this Motion, the action filed in Central District of California has progressed.
10 NAR attorneys have appeared and the parties entered into a stipulation extending the time for NAR
11 to file its responsive pleading to, and including, August 29, 2025. *See*, *The PLS.com, LLC v. The*
12 *National Association of Realtors*, 2:25-cv-05971-ODW-MAR (C.D. Cal.), ECF No. 27. PLS has
13 not served the Complaint inadvertently filed in this Court. ECF No. 1.

14 Date: July 30, 2025                  Respectfully Submitted,
                                         **DHILLON LAW GROUP INC.**

16                                       By: /s/ *Brandon Q. Tran*
                                             Brandon Q. Tran
17                                           CA Bar No. 223435
                                             btran@dhillonlaw.com
18                                           4675 MacArthur Court, Suite 1410
                                             Newport Beach, CA 92660
19
20                                       ***Attorneys for Plaintiff* The PLS.com, LLC**